# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 15-22550-CIV-OTAZO-REYES

### CONSENT CASE

ALEX VON KRUGUER,

      Plaintiff,

v.

EARTH & WATER CONSULTING, INC.,
BIO-CELLULAR DESIGN AERONAUTICS, INC.,
and KAMAL BENJELLOUN,

      Defendants.

_____/

### ORDER REQUIRING STIPULATION OF DISMISSAL

THIS CAUSE came before the Court upon the Supplemental Mediator's Report [D.E. 42], which informed the Court that the parties have reached an agreement. In light of the foregoing, it is

ORDERED AND ADJUDGED that the parties shall file a stipulation of dismissal **within twenty days from the date of this Order.**

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of February, 2016.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:     Counsel of Record