UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-CV-22550-AOR

ALEX VON KRUGUER,

    Plaintiff,

v.

EARTH & WATER CONSULTING, INC.,
BIO-CELLULAR DESIGN AERONAUTICS,
INC. and KAMAL BENJELLOUN,

    Defendants.

**ORDER APPROVING SETTLEMENT AGREEMENT AND GENERAL RELEASE
AND DISMISSAL OF CASE WITH PREJUDICE**

This above-styled case is before the Court on the Parties' Joint Motion for Review and Approval of the Settlement Agreement and General Release and Stipulation of Dismissal with Prejudice.

This case involves claims arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA") brought by Plaintiff Alex Von Kruguer ("Plaintiff") against Defendants Earth & Water Consulting, Inc. ("EWC"), Bio-Cellular Design Aeronautics, Inc. ("BDA") and Kamal Benjelloun ("Benjelloun") (collectively the "Parties"). The Parties have reached an agreement to resolve all claims in this case and have notified the Court of their settlement. By stipulation, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties have stipulated to Plaintiffs' voluntary dismissal with prejudice of this case in its entirety contingent upon the Court's approval of the Parties' Confidential Settlement Agreement and General Release ("Settlement Agreement"). Given that this case involves claims under the FLSA, the parties seek Court approval of their executed Settlement Agreement and the entry of an order dismissing this case with prejudice.

The Parties have exchanged and executed a Settlement Agreement and have submitted their agreement for the Court's review.  Accordingly, the Court has reviewed a copy of the Parties' Settlement Agreement, and upon examination of the agreement, the pleadings, and the Parties' representations, the Court finds that the Settlement Agreement represents a fair and equitable compromise of Plaintiff's claims.  Therefore, the Court hereby **APPROVES** the settlement.  The Parties are ordered to finalize the settlement through the exchange of consideration as contemplated in the Settlement Agreement.

Based upon the Court's approval of the Parties' Settlement Agreement and the Parties' stipulation of dismissal, Plaintiff's claims are, in their entirety, hereby **DISMISSED WITH PREJUDICE**.  Each party is to bear his or its own costs, fees and expenses.  The Clerk of Court is directed to promptly enter a final judgment in accordance with this Order.

**DONE AND ORDERED**, this _____ day of _____, 2016.

> HONORABLE ALICIA M. OTAZO-REYES
> UNITED STATES MAGISTRATE JUDGE